```
                        United States Bankruptcy Court
                             District of Arizona
In re:                                                   Case No. 20-02723-DPC
CHRISTINE MARY WOLFF                                     Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
```

District/off: 0970-2        User: admin           Page 1 of 2           Date Rcvd: Jun 29, 2020
                            Form ID: 318          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
```
db          +CHRISTINE MARY WOLFF,    3400 N. 27TH DRIVE,    APT. 1042,    PHOENIX, AZ 85016
15993364    +Bureau Of Medical Economics,    Attn: Bankruptcy,    Po Box 20247,   Phoenix AZ 85036-0247
15993369    +Debt Recovery Solution,    Attn: Bankruptcy,    6800 Jericho Turnpike Suite 113e,
              Syosset NY 11791-4401
15993371    +EOS-CCA,   Attn: Bankruptcy,    700 Longwater Dr.,    Norwell MA 02061-1624
15993373    +Gurstel Law Firm,    9320 E Raintree Dr.,    Scottsdale AZ 85260-2016
15993375    +Nationwide Recovery,    501 Shelley Dr  Ste 300,    Tyler TX 75701-9553
16041708     Southwest Gas Corporation,    P.O. Box 1498 Attn: Bankruptcy Desk,    Victorville, CA 92393-1498
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QBJMULLEN.COM Jun 30 2020 07:23:00      BRIAN J. MULLEN,    PO BOX 32247,
              PHOENIX, AZ 85064-2247
smg          EDI: AZDEPREV.COM Jun 30 2020 07:23:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
cr          +EDI: AISACG.COM Jun 30 2020 07:23:00       Capital One Auto Finance, a division of Capital On,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15993360    +E-mail/Text: mnapoletano@ars-llc.biz Jun 30 2020 03:53:36     Ability Recovery Services LLC,
              Attn: Bankruptcy,    Po Box 4262,   Scranton PA 18505-6262
15993361    +EDI: AMEREXPR.COM Jun 30 2020 07:23:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
              El Paso TX 79998-1540
15993362    +EDI: AZDEPREV.COM Jun 30 2020 07:23:00      Arizona Department of Revenue,   P.O. Box 52016,
              Phoenix AZ 85072-2016
15993363    +EDI: BANKAMER.COM Jun 30 2020 07:23:00      Bank of America,    4909 Savarese Circle,
              Fl1-908-01-50,    Tampa FL 33634-2413
15993365    +EDI: CAPITALONE.COM Jun 30 2020 07:23:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
              Salt Lake City UT 84130-0285
15993366    +EDI: CAPONEAUTO.COM Jun 30 2020 07:23:00      Capital One Auto Finance,    Attn: Bankruptcy,
              Po Box 30285,    Salt Lake City UT 84130-0285
15993367    +E-mail/Text: bankruptcy@cavps.com Jun 30 2020 03:52:58      Cavalry Portfolio Services,
              500 Summit Lake,   Suite 400,    Valhalla NY 10595-2322
15993370    +E-mail/Text: bknotice@ercbpo.com Jun 30 2020 03:52:43     Enhanced Recovery Corp,
              Attn: Bankruptcy,    8014 Bayberry Road,   Jacksonville FL 32256-7412
15993374    +E-mail/Text: bknotice@healthcareinc.com Jun 30 2020 03:53:38      Healthcare Collections, Llc,
              Attn: Bankruptcy Dept,   Po Box 82910,   Phoenix AZ 85071-2910
15993368     EDI: JPMORGANCHASE Jun 30 2020 07:23:00      Chase Card Services,    Attn: Bankruptcy,
              Po Box 15298,   Wilmington DE 19850
15993376    +E-mail/Text: suewoodsnic@gmail.com Jun 30 2020 03:53:34      Nemo's Investigations & Collections,
              Attn: Bankruptcy,    Po Box 30517,   Phoenix AZ 85046-0517
15993377     EDI: PRA.COM Jun 30 2020 07:23:00       Portfolio Recovery,    Attn: Bankruptcy,
              120 Corporate Blvd,    Norfold VA 23502
15993378     E-mail/Text: jfolan@sunwestfcu.org Jun 30 2020 03:51:06      Sunwest Fcu,
              Attn: Bankruptcy Department,    11839 N. 28th Drive,   Phoenix AZ 85029
15993379    +E-mail/Text: bankruptcydepartment@tsico.com Jun 30 2020 03:53:32      Transworld System Inc,
              Attn: Bankruptcy,    Po Box 15630,   Wilmington DE 19850-5630
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15993372     ##+Genesis Credit Manag,    Po Box 1550,   Sunnyside WA 98944-3550
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:

      BRIAN J. MULLEN   bmullen@bktrustee.phxcoxmail.com,bmullen@ecf.axosfs.com
      THOMAS ADAMS MCAVITY   on behalf of Debtor CHRISTINE MARY WOLFF tom@nwrelief.com, melissa@nwrelief.com
      U.S. TRUSTEE   USTPRegion14.PX.ECF@USDOJ.GOV

                                    TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **CHRISTINE MARY WOLFF** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–8453** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | |
| Case number:   **2:20–bk–02723–DPC** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

CHRISTINE MARY WOLFF

6/29/20

**By the court:**   <u>Daniel P. Collins</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2